IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:00-CR-147

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| NABIL E. ISMAIL (21) | ) | |
| ALI ADHAM AMHAZ (22) | ) | |
| MOHAMAD HASSAN DBOUK (23) | ) | |
| HASSAN HILU LAQIS (24) | ) | |
| SHEIK ABBAS HARAKE (25) | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**THIS MATTER** is before this Court upon its own motion. These Defendants listed above appear to remain fugitives and no activity has taken place in recent times. The Clerks Office is directed to administratively close this case as to these listed Defendants only.

IT IS, THEREFORE, ORDERED that the listed Defendants shall be deemed closed for administrative purposes only, subject to re-opening upon the apprehension or appearance of those Defendants. All warrants shall remain in full force and effect until apprehension.

IT IS SO ORDERED.

Signed: May 22, 2008

Graham C. Mullen
United States District Judge